United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41518
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FELIPE CORONADO, also known as Felipe Gonzalez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-44-2
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Felipe Coronado appeals his guilty-plea conviction for

conspiracy to possess with intent to distribute cocaine.  Because

Coronado entered an unconditional guilty plea, he waived all

nonjurisdictional defects.  <u>Tollett v. Henderson</u>, 411 U.S. 258,

267 (1973).  Accordingly, he waived the right to challenge the

district court's order striking his motion to suppress, <u>see</u>

<u>United States v. Wise</u>, 179 F.3d 184, 186 (5th Cir. 1999), and any

denial of his Sixth Amendment right to counsel that is unrelated

to the validity of his guilty plea.  <u>See</u> <u>United States v.</u>

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Glinsey</u>, 209 F.3d 386, 392 (5th Cir. 2000). The record is not sufficiently developed to allow us to review Coronado's claim that the alleged Sixth Amendment deprivation affected the validity of his guilty plea. See <u>United States v. Higdon</u>, 832 F.2d 312, 314 (5th Cir. 1987).

AFFIRMED.